**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** September 21, 2021       **Time:** 9:00 - 9:17 =           **Judge:** EDWARD M. CHEN
                                       17 Minutes

**Case No.:** 21-cv-07142-EMC       **Case Name:**  WEN v. GreenPoint Mortgage Funding, Inc.

**Attorney for Plaintiff:** RamonChito De Castro
**Attorney for Defendant:** Sarah Marsey

**Deputy Clerk:** Angella Meuleman              **Court Reporter:** Debra Pas

**PROCEEDINGS HELD BY ZOOM WEBINAR**

[8] Temporary Restraining Order held.

**SUMMARY**

Parties stated appearances and proffered argument.

Court **granted** Temporary Restraining Order for reasons as stated on the record.  In particular, the Court found on the current record the balance of hardship tips sharply in Plaintiff's favor and that Plaintiff had raised serious questions on the merits.  The Court intends to dive more deeply into the facts and legal arguments at the hearing on preliminary injunction.

Court **directed** parties to meet and confer to resolve this case.  Plaintiff is **ordered** to pay $424.70 to defendant within one week (9/28/2021) as a condition of the TRO.

Preliminary Injunction hearing will be set for **October 19, 2021 at 9:00 A.M.**  Hearing will be conducted by Zoom Webinar.  Opposition due October 5, 2021; Reply due October 12, 2021.