| | |
|---|---|
| 1 | Matthew D. Mellen (Bar No. 233350) |
| | RamonChito De Castro (Bar No. 332595) |
| 2 | MELLEN LAW FIRM |
| | 1050 Marina Village Parkway, Suite 102 |
| 3 | Alameda, CA 94501 |
| | Telephone: (510) 263-9638 |
| 4 | Facsimile: (415) 276-1902 |
| | Email: email@mellenlawfirm.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | DI WEN |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DI WEN, an individual; | CASE NO. 3:21-CV-07142-EMC |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| REAL TIME RESOLUTIONS INC., a business entity and Does 1-50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Di Wen and Defendants Real Time Resolutions, Inc. and RRA CP Opportunity Trust 1, through their counsel, to dismiss the case with prejudice pursuant to FRCP 41(a)(1).

DATED: December 17, 2021    MELLEN LAW FIRM

　　　　　　　　　　　　　　　　　 */s/ RamonChito De Castro*
　　　　　　　　　　　　　　　　　 RamonChito De Castro
　　　　　　　　　　　　　　　　　 *Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　 *DI WEN*

DATED: December __, 2021    HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　 */S/ Zachary C. Frampton*
　　　　　　　　　　　　　　　　　 Attorney for Defendant
　　　　　　　　　　　　　　　　　 *REAL TIME RESOLUTIONS, INC.*
　　　　　　　　　　　　　　　　　 *AND*
　　　　　　　　　　　　　　　　　 *RRA CP OPPORTUNITY TRUST 1*

**GRANTED**
Judge Edward M. Chen